UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY MCGRATH, on behalf of herself and all similarly situated persons, | ) ) ) | **JURY TRIAL DEMANDED** |
| Plaintiff, | ) ) | Case No. 1:16-cv-11513 |
| v. | ) ) | Hon. Judge Jorge L. Alonso |
| ZOOMER, INC., | ) ) ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR ENTRY OF JUDGMENT PURSUANT TO FRCP 68**

Plaintiff, Mary McGrath ("Plaintiff"), and Defendant, Zoomer, Inc. ("Defendant"), (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate, pursuant to Rule 68 of the Federal Rules of Civil Procedure, to entry of judgment for Plaintiff, and against Defendant, in this proceeding as follows:

WHEREAS, on December 20, 2016, Plaintiff filed her Complaint against Defendant alleging violations of Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. ("TCPA").

WHEREAS, Defendant has represented to Plaintiff that, since the filing of the Complaint, Defendant has ceased business operations and has filed an assignment for the benefit of creditors in Delaware state court.

WHEREAS, on March 2, 2017, Defendant served Plaintiff with an Offer of Judgment Pursuant To FRCP 68.

WHEREAS, the Offer of Judgment provides for judgment to be entered in favor of Plaintiff, and against Defendant, in the amount of $1,500.00.

WHEREAS, the Offer of Judgment provides that Defendant pay Plaintiff for any recoverable costs for which she would recover should she prevail in this action.

WHEREAS, the Offer of Judgment further provides for entry of a stipulated injunction as requested in Plaintiff's Class Action Complaint prohibiting Defendant from sending unsolicited text messages in violation of the TCPA.

WHEREAS, Zoomer made the Offer of Judgment solely to avoid the uncertainty and expense of further litigation.

WHEREAS, on March 8, 2017, Plaintiff accepted Defendant's Offer of Judgment.

WHEREAS, on March 9, 2017, Defendant filed a Notice of Plaintiff's Acceptance of Defendant's Rule 68 Offer of Judgment with the Court which requested that the Court: enter Judgment in this matter against Defendant, and for Plaintiff, in the amount of $1,500.00; enter an award of costs to Plaintiff in the amount of $840.91; and enter a stipulated injunction in this matter as requested in Plaintiff's Complaint prohibiting Defendant from sending unsolicited text messages in violation of the TCPA. Dkt. #16.

THEREFORE, Plaintiff and Defendant stipulate and respectfully request that the Court enter judgment as follows:

1. To entry of Judgment for Plaintiff, and against Defendant, in the amount of $1,500.00.

2. To entry of an award of costs to Plaintiff in the amount of $840.91.

3. To entry of an injunction enjoining Defendant from sending unsolicited text messages in violation of the TCPA.

Dated: March 23, 2017

Respectfully submitted,

| | |
|---|---|
| By: /s Mark A. Bulgarelli, Esq. | By: /s Mark S. Eisen, Esq. |
| Ilan Chorowsky, Esq. | Mark S. Eisen, Esq. |
| Mark A. Bulgarelli, Esq. | David S. Almeida, Esq. |
| PROGRESSIVE LAW GROUP LLC | MULLIN, RICHTER & HAMPTION, LLP |
| 1570 Oak Avenue, Suite 103 | 70 West Madison Street, Suite 4800 |
| Evanston, IL 60201 | Chicago, IL 60602 |
| (312) 787-2717 | (312) 499-6300 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 23rd day of March, 2017, the foregoing Joint Stipulation for Entry of Judgment Pursuant to FRCP 68 was filed via the Court's CM/ECF system, which will send electronic notification to the attorneys of record at the e-mail addresses on file with the Court.

By: /s/ Mark S. Eisen