**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARY MCGRATH, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:16-cv-11513 |
| v. ) ) | Hon. Judge Jorge L. Alonso |
| ZOOMER, INC., ) ) | Hon. Magistrate Judge Sheila Finnegan |
| Defendant. ) ) | |

**ORDER GRANTING PARTIES' JOINT STIPULATION
FOR ENTRY OF JUDGMENT**

Before the Court is the Parties' Joint Stipulation for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 68 [17]. It is hereby ordered as follows:

Pursuant to the terms of defendant's Rule 68 Offer of Judgment [16-1]: (i) Judgment is entered in favor of plaintiff and against defendant in the amount of $1,500.00; (ii) costs are awarded to plaintiff in the amount of $840.91; and (iii) defendant is hereby enjoined from sending unsolicited text messages in violation of the TCPA.

**SO ORDERED.**  **ENTERED: March 27, 2017**

_____
**JORGE L. ALONSO
United States District Judge**